**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,       :

    - v -                      :       NOTICE OF INTENT TO
                                       FILE AN INFORMATION
CAROL ROBOTHAM-GRANT,           :

        Defendant.          :

- - - - - - - - - - - - - - - - x

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:     New York, New York
          July 3, 2008

                                  MICHAEL J. GARCIA
                                  United States Attorney

                By:   _____
                     John T. Zach
                     Assistant United States Attorney

                     AGREED AND CONSENTED TO:

                By:   _____
                     Avrom Robin
                     Attorney for Carol Robotham-Grant

USDC SDNY
DOCUMENT
DOC #: _____
DATE FILED: 7/3/08