UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :

     v.                               :

CAROL ROBOTHAM-GRANT,

            Defendant.        08 CRIM 655

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

       The above-named defendant, who is accused of violating Title 21, United States Code, Section 846, and Title 18, United States Code, Section 924(c), being advised of the nature of the charge and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date: New York, New York
      July 17, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 17 2008

0202