UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,



                                                                        ORDER

                        -against-                                       08 CR. 655 (RMB)

CAROL ROBOTHAM GRANT,

                        Defendant.
------------------------------------------------------------X

WHEREAS, with the Defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on July 17, 2008;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of the transcript, this Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a sufficient factual basis for the guilty plea;

IT IS HEREBY ORDERED that CAROL ROBOTHAM GRANT's guilty plea is accepted.

Parties are directed to appear for a conference on 9-4-08 at 9:30 a.m..

Dated: New York, New York
       August 18, 2008

                                        *Richard M. Berman*
                                        _____
                                        RICHARD M. BERMAN, U.S.D.J.